IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO A. ZEPEDA, et. al., | CASE NO. 5:11-cv-00777 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| ONEWEST BANK FSB, et. al., | |
| Defendant(s). | |

On January 19, 2012, the Court ordered Plaintiffs to show cause in writing by February 2, 2012, why this case should not be dismissed for lack of prosecution after Plaintiffs failed to amend the complaint.  See Docket Item No. 30.  The Court admonished Plaintiffs that the Court would dismiss this action with prejudice should they fail to respond or otherwise fail to show good cause.

As of this date, Plaintiffs have not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 7, 2012

EDWARD J. DAVILA
United States District Judge